Opinion issued April 5, 2007 

 







 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00661-CR

____________


MIGUEL PERALES CANO, JR., Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 268th District Court 

 Fort Bend County, Texas

Trial Court Cause No. 42676






MEMORANDUM OPINION ON PERMANENT ABATEMENT

 On March 19, 2007, the State filed a motion to permanently abate the above-
referenced appeal citing Tex. R. App. P. 7.1 (a) (2). In support of its motion, the State
attached a certified copy of the certificate of death for Miguel Perales Cano, Jr., the
appellant. The certificate states that appellant died on September 30, 2006 while in
custody of the Texas Department of Criminal Justice where he was assigned to the
Stiles Unit.

 The death of an appellant during the pendency of an appeal deprives this court
of jurisdiction. Moliter v. State, 862 S. W. 2d 615, 616 (Tex. Crim. App. 1993). The
State's motion is granted.

 Therefore, we order the this appeal permanently abated.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).